UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE CARPENTERS' HEALTH
AND WELFARE TRUST FUND OF ST. LOUIS,

Plaintiffs,

vs.

LANNY H. DARR II,                                    Case No. 10-0130-DRH

JAMES COREY MILLER,

            and

KIMBERLY MILLER,

Defendants.

## TEMPORARY RESTRAINING ORDER

Good Cause having been shown, and the Court being fully advised in the premises, and for the purpose of preventing immediate and irreparable harm for which Plaintiffs have no adequate remedy at law unless this Order is issued, it is **ORDERED, ADJUDGED AND DECREED** that **Defendants James C. Miller, Kimberly Miller and Lanny Darr II**, and all those acting for or in concert with them, are hereby **ENJOINED, RESTRAINED AND PROHIBITED** from each and every of the following acts until the rights of Plaintiffs have been determined by this Court:

(a) pursuing the pending State Court action for Attorneys' Fees under the Illinois Common Fund Doctrine or from attempting to enforce any Order or Judgment that may be issued in such case; or

1

(b) attempting in any other proceedings to employ State law to defeat or negate the Plan provisions or the provisions of ERISA governing the issues presented in this case; or

(c) initiating or participating in any other proceedings in state court concerning benefits payable to James Corey Miller and Kimberly Miller from the Carpenters' Health and Welfare Trust Fund of St. Louis.

Plaintiffs shall serve this Order on Defendants immediately.  Further, the Court **ORDERS** the parties to appear for a hearing on Plaintiffs' preliminary injunction request on Thursday, February 25, 2010 at 10:00 a.m.  Since, Defendants have already paid the disputed funds into the trust fund prior to filing suit in state court, the Court finds that security is not required.

Dated:  February  18, 2010.

/s/   David R Herndon

**Chief Judge**
**United States District Court**