UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF THE CARPENTERS' HEALTH AND WELFARE TRUST FUND OF ST. LOUIS, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) Case No. 10-130-DRH |
| LANNY H. DARR II, | ) ) ) |
| JAMES COREY MILLER, | ) ) ) |
| and | ) ) ) |
| KIMBERLY MILLER, | ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came to hearing before the Court on Plaintiffs' Motion for a Preliminary Injunction. By agreement of the Parties and pursuant to FRCP 65 (a) (2) the hearing on Plaintiffs' Motion for Preliminary Injunction was consolidated with the Trial on the Merits. Hence; the proceeding was converted into a Motion for Permanent Injunction.

**IT IS ORDERED AND ADJUDGED AND DECREED** that the Plaintiffs' Motion is **GRANTED**. Judgment is entered in favor of Plaintiffs, **Terry Nelson, John Holzer, Ron Dicus, Al Bond, Scott Byrne, Mike Thuston, Don Brussel, Jr., John Mulligan, John Fischer, Kirk Verseman, Ken Stricker, Robert**

**Calhoun and Earl Poe, III** and **Ms. Renee Bell**, as Trustees of the Carpenters' Health and Welfare Trust Fund of St. Louis, and against Defendants **LANNY H. DARR II, JAMES COREY MILLER,** and **KIMBERLY MILLER**, on Count I of Plaintiffs' Complaint. Further, the Court **DISMISSES with prejudice** Counts II and III of Plaintiffs' complaint.  This **COURT** retains jurisdiction over Count I to enforce the terms of the permanent injunction.

The **COURT** permanently **ENJOINS** Defendants **LANNY H. DARR II, JAMES COREY MILLER,** and **KIMBERLY MILLER**, and all those acting for or in concert with them from each and every one of the following acts:

(a) pursuing the pending State Court action for attorney's fees, known and identified as *Schrempf, Kelly, Napp & Darr, LTD. v. Carpenters Health and Welfare Trust Fund*, No. 09-MR-745, in the Circuit Court of Madison County, Illinois, or

(b) attempting to enforce any Order of Judgment that may be issued against the Carpenters' Health and Welfare Trust Fund of St. Louis is the aforesaid State Court action, or in any other action or proceeding that seeks to enforce the any action for attorneys fees or the Illinois Common Fund Doctrine against the Carpenters' Health and Welfare Trust Fund of St. Louis, or

(c) from initiating or pursuing or participating in any further proceedings, in State Court or otherwise, in an attempt to enforce an action for attorneys fees or  the Illinois Common Fund Doctrine against the Carpenters'

Health and Welfare Trust Fund of St. Louis.

     This Judgment specifically reserves the issue of attorneys fees and costs to be paid by the Defendants herein, pursuant to the operation of ERISA, which the Court has yet to rule on and will be subject to a future rule of the Court.

     Date: March 5, 2010

                               NANCY J. ROSENSTENGEL,
                               CLERK OF THE COURT


                               BY: /s/ *Sandy Pannier*
                                    Deputy Clerk

Approved:   /s/ *David R Herndon*
           Chief Judge
           United States District Court