### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE CARPENTERS' HEALTH
AND WELFARE TRUST FUND OF ST. LOUIS,

Plaintiffs,

vs.

Case No. 10-0130-DRH

LANNY H. DARR II,
JAMES COREY MILLER,
and KIMBERLY MILLER,

Defendants.

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendants' June 30, 2010 motion for stay pending appeal (Doc. 67).  Defendants move the Court to stay its June 24, 2010 Order awarding Plaintiffs' attorney fees and costs in the amount of $27,993.75 (Doc. 65).  As of this date, Plaintiffs have not responded to the motion.  Pursuant to Local Rule 7.1(c), the Court considers the failure to respond as an admission of the merits of the motion.[1] Accordingly, the Court **GRANTS** the motion.  The Court **STAYS** its June 24, 2010 Order pending the appeal.

**IT IS SO ORDERED.**

Signed this 3rd day of August, 2010.

/s/    David R Herndon

**Chief Judge**
**United States District Court**

---

[1]**Local Rule 7.1(c)** provides in part: "Failure to timely file a response to a motion may, in the Court's discretion, be considered an admission of the merits of the motion."