IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE CARPENTERS' HEALTH
AND WELFARE TRUST FUND OF ST. LOUIS,

Plaintiffs,

vs.

Case No. 10-0130-DRH

LANNY H. DARR II,
JAMES COREY MILLER,
and KIMBERLY MILLER,

Defendants.

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On September 12, 2012, the Seventh Circuit issued its Mandate in this case vacating this Court's Order enjoining Darr's state court lawsuit and ordering him to pay fees and costs, granting the Trustees' cross-appeal seeking reinstatement of their alternative counts, and remanding the case (Doc. 78). Pursuant to the Mandate, the Court **REINSTATES** Counts II and III of plaintiffs's complaint. The Court DIRECTS defendants to file a responsive pleading as to Counts II and III of plaintiffs' complaint on or before October 22, 2012. Further, the Court **REASSIGNS** this case to Magistrate Judge Williams for further proceedings.        **IT IS SO ORDERED.**

Signed this 1st day of October, 2012.

Digitally signed by
David R. Herndon
Date: 2012.10.01
11:06:46 -05'00'

Chief Judge
United States District Court